UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                        RE:    Angelia CLARK
                                 Docket Number:   2:05CR00257-01
                                 **CONTINUATION OF HEARING**

Your Honor:

The above case is scheduled for initial appearance on Thursday, May 3, 2007 at 9:00 a.m. I am requesting the hearing be continued to Thursday, May 10, 2007 at 9:00 a.m. The releasee is currently out of custody on an unsecured bond, and reported to the probation office as instructed. All parties are in agreement with the continuance, including the releasee.

                                  Respectfully submitted,

                                  /s/ Dayna D. Ward

                              **DAYNA D. WARD**
                              **Senior United States Probation Officer**

Dated:       April 30, 2007
                 Roseville, California
                 DDW

**REVIEWED BY:**
                       **RICHARD A. ERTOLA**
                       **Supervising United States Probation Officer**

cc:    Jill Thomas
        Assistant United States Attorney

        Ned Smock
        Defense Counsel

RE: **Angelia CLARK**
      **Docket Number:   2:05CR00257-01**
      **CONTINUANCE OF HEARING**

AGREE: XXX                                      DISAGREE: _____

Dated: May 3, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE