UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

                                                              RE:    Angelia CLARK
                                                                            Docket Number:   2:05CR00257-01
                                                                            **CONTINUATION OF HEARING**

Your Honor:

The above case is scheduled for dispositional hearing on Thursday, October 18, 2007 at 9:00 a.m. I am requesting the hearing be continued to Thursday, October 25, 2007 at 9:00 a.m. The releasee is currently out of custody. All parties are in agreement with the continuance, including the releasee.

                              Respectfully submitted,

                                /s/ Dayna D. Ward

                              **DAYNA D. WARD**
                              **Senior United States Probation Officer**

Dated:       October 3, 2007
                 Roseville, California
                 DDW

**REVIEWED BY:**       /s/ Richard A. Ertola
                                **RICHARD A. ERTOLA**
                                **Supervising United States Probation Officer**

cc:    Jill Thomas
       Assistant United States Attorney

       Ned Smock
       Defense Counsel

**RE:**   **Angelia CLARK**
   **Docket Number:   2:05CR00257-01**
   **CONTINUANCE OF HEARING**


AGREE:  _XXX_____          DISAGREE:  _____


Dated: October 12, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE